# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 30, 2025

## NO. 03-25-00113-CV

**Paul Johnson, Appellant**

**v.**

**Williamson County Tax Office, Appellee**

**APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP**
**DISMISSED -- OPINION BY JUSTICE CRUMP**

This is an appeal from the order entered by the trial court on December 20, 2024. Having reviewed the record, the Court finds that the appeal should be dismissed. Therefore, the Court dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.